UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BINH HUU NGUYEN

    Petitioner,

                                                         Case No. 11-13796
v.                                                 Hon. Lawrence P. Zatkoff

ERIC HOLDER, Attorney General;
JANET NAPOLITANO, Secretary, Department
of Homeland Security; REBECCA ADDUCCI,
U.S. ICE Field Office Director for the Detroit
Field Office; and WARDEN OF IMMIGRATION
DETENTION FACILITY,

    Respondents.
_____/

## ORDER

      This matter is before the Court on Respondents' unopposed Motion to Dismiss this case as moot. On August 30, 2011, Petitioner filed a petition for writ of habeas corpus seeking, among other things, release from the custody of Immigration and Customs Enforcement (ICE) on the basis that his detention exceeded the time allowed by the U.S. Supreme Court in *Zadvydas v. Davis,* 533 U.S. 678 (2001). According to the court docket in this case, a notice of filing fee not paid was generated on September 2, 2011 [dkt 2]. The requisite fee was paid on September 14, 2011 [dkt 3]. On October 21, 2011, petitioner was released from ICE custody on an Order of Supervision. As such, Petitioner is no longer being detained by ICE, and the Court is unable to grant the relief sought in this case. Accordingly it is HEREBY ORDERED that this case is dismissed as moot.

      IT IS SO ORDERED.

Date: February 1, 2012                                                   LAWRENCE P. ZATKOFF
                                                                                U.S. District Judge